# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| URSULA TAYLOR, | ) | CASE NO. 5:20CV02010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is VACATED AND REMANDED for further proceedings consistent with the Court's decision.

**IT IS SO ORDERED.**

                 *s/Jonathan D. Greenberg*
                 Jonathan D. Greenberg
                 United States Magistrate Judge

Date: October 4, 2021